# Exhibit C



# Able Barmilling & Mfg., Inc.
1310 Main St.
Melrose Park, IL 60160
Phone: (708) 343-5666
Fax: (708) 343-5668


RECEIVED MAY - 2 2014

## Invoice

**Sold To:** A Metal Source, LLC
25935 Detroit Rd., #321
Cleveland, OH 44145
United States

**Ship To:** A Metal Source, LLC
25935 Detroit Rd., #321
Cleveland, OH 44145
United States

| | | | |
|---|---|---|---|
| Invoice Number: | 110146 | Salesman: | House Account-Ot |
| Invoice Date: | 04/29/14 | Terms: | Net 30 Days |
| Customer: | OAMSLLC | Packing List: | 14219 |
| Order No: | 13363 | PO Number: | 14-03121-2 |

BLIND SHIPMENT MADE WITH PROVIDED PAPERWORK

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | 1/2" HEX X 12' INCO 718 - Convert your .578" round x 12' R/L ONCO 718 to .500/.504" hex - labor only. Crated for shipment. | | $819.8000 / EA | $819.80 |

| | |
|---|---|
| Sub-total: | $819.80 |
| Sales Tax: | $0.00 |
| Shipped Via UPS Ground: | $0.00 |
| Invoice Total: | $819.80 |
| Paid To Date: | $0.00 |
| Balance Due: | $819.80 |