UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| A Metal Source, LLC, | ) | Case No. 1:14-CV-01020-DAP |
| | ) | |
| Plaintiff, | ) | Judge Dan A. Polster |
| | ) | |
| vs. | ) | |
| | ) | |
| All Metal Sales, Inc. et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **Defendants' Motion to Dismiss Under Rule 12(b)(6)**

In accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendants All Metal Sales, Inc. and Thomas G. Klocker move to dismiss with prejudice the complaint of plaintiff A Metal Source, LLC as barred by res judicata. The reasons for granting this motion are more fully explained in the attached memorandum, which is incorporated here by reference.

Dated: July 21, 2014

                                          s/ Matthew J. Cavanagh
                                          Matthew J. Cavanagh (OH 0079522)
                                          MCDONALD HOPKINS LLC
                                          600 Superior Avenue, East, Ste. 2100
                                          Cleveland, Ohio 44114
                                          t 216.348.5400  | f 216.348.5474
                                          mcavanagh@mcdonaldhopkins.com

                                          *Counsel for All Metal Sales, Inc. and*
                                          *Thomas G. Klocker*

<u>Certificate of Service</u>

I hereby certify that on July 21, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

    s/ Matthew J. Cavanagh
*Counsel for*
*All Metal Sales, Inc. and Thomas G. Klocker*

{4999650:}