# Exhibit D



IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

JESSICA ESPARZA, et al.     )     CASE NO. CV 13 798996
     )
    Plaintiffs     )     JUDGE KATHLEEN ANN SUTULA
     )
    v.     )
     )
THOMAS GERALD KLOCKER, et al.     )     <u>AMENDED COMPLAINT</u>
     )     (Jury Demand Endorsed Hereon)
    Defendants     )

## <u>FACTS COMMON TO ALL CAUSES OF ACTION</u>

1. Plaintiff, Jessica Esparza is a U.S. citizen and resides in Westlake, Ohio.

2. Plaintiff, A Metal Source, LLC fka All Metal Source, LLC is an Ohio limited liability company with its principal place of business in Westlake, Ohio.

3. Defendant, All Metal Sales, Inc., is an Ohio corporation with its principal place of business located at 29260 Clemens Road, Suite #3, Westlake, Ohio 44145.

4. Defendant, Thomas Gerald Klocker is a U.S. citizen and resides in Rocky River, Ohio.

5. On or about September 2, 2010, Plaintiff(s) received a cease and desist letter addressed to Plaintiff, Jessica Esparza insisting that she cease and desist the use of the phrase **"All Metal"** in the name of her metal distributing business and asserted that Defendant, All Metal Sales, Inc. owned the right to the All Metal mark and that her use of the phrase **"All Metal"** was in violation of the Lanham Act, Ohio statutes and

1

common law; a copy of said letter is attached hereto and made a part hereof and further designated as Exhibit A.

6. On October 8, 2010, Plaintiff sent in a certificate of amendment to the Ohio Secretary of State changing her company name from All Metal Source, LLC to A Metal Source, LLC which was finalized by the State of Ohio on October 19, 2010; a copy of said amendment is attached hereto and made a part hereof and further designated as Exhibit B.

7. On or about October 14, 2010, Defendants filed an action against Plaintiffs in the United States District Court, Northern District of Ohio, Eastern Division which was assigned Case No. 1:10-CV-02343 (hereinafter referred to as 'the underlying federal action") alleging various causes of action including unfair competition under the Lanham Act, 15 U.S.C. §1125(a)(1)(A); violation of the Ohio  Deceptive Trade Practices Act, Ohio Rev. Code §4165.01 *et seq.;* unfair competition and unjust enrichment based upon Plaintiff's alleged infringement of Defendant's trademark "**All Metal**" and its logo.

8. Through the litigation process, Defendants became aware that Plaintiff has changed its corporate name from All Metal Source, LLC to **A Metal Source, LLC**, but refused to terminate the litigation.

9. During the underlying federal action, Defendants' counsel then began insisting and asserting that Defendant owned the right to the **"A Metal"** mark and the literal element **"A"** and that Plaintiff's use of the phrase, **"A Metal"** and the literal element **"A"** in the name of her metal distributing business was still in violation of the Lanham Act.

10.  At the time Defendants filed the underlying federal action against Plaintiffs, there were 7 other companies registered in the State of Ohio that also used the words,

2

"All Metal" in their company name, yet Defendants only sued Plaintiffs for alleged causes of actions; a copy of a print-out from the Ohio Secretary of State's website listing these companies is attached hereto and made a part hereof and further designated as Exhibit C.

11. In the underlying federal action, Defendants also alleged that Plaintiffs violated the Lanham Act and otherwise engaged in unfair competition by virtue of the fact that Plaintiffs advertised on "ThomasNet", a widely used buying guide that reports names and descriptions of businesses that offer particular goods and services, in a manner that would confuse the two companies, yet there are currently over 50 companies in the United States which also use the term "All Metal" in their company names and the evidence will demonstrate at the time of filing there were many in existence then, too; a copy of a print-out from thomasNet.com is attached hereto and made a part hereof and further designated as Exhibit D.

12. On January 7, 2012, the jury returned a verdict in favor of Plaintiffs having answered "no" to all interrogatories proposed to the panel.

13. On January 9, 2012, the District Court entered judgment for the Plaintiffs herein on all counts brought in the underlying federal action and ordered Defendant to pay all costs; said order being designated ECF#67; a copy of which is attached hereto and made a part hereof and further designated as Exhibit E.

14. On February 6, 2012, Defendants filed a motion for Judgment as a Matter of Law or for a New Trial in the underlying federal action which was further designated on the federal court's docket as DOC#71 and #71-1.

3

15.  In the underlying federal action, Defendant, Thomas Gerald Klocker falsely stated that his business had a registered trademark with the State of Ohio since 1999 when, in fact, his business's State of Ohio Trademark Certificate is dated February 24, 2011, *four months after he instigated* the underlying federal litigation against Plaintiff; a copy of said certificate is attached hereto and made a part hereof and further designated as Exhibit F.

16.  In the underlying federal action, Defendants claimed it/he had a federal trademark over the words "all metal", when in fact, it did not acquire a federal trademark until March 13, 2012, *two months* after the trial ended and this trademark does not contained the words, **"All Metal"** nor **"A Metal"**; a copy of Defendants' federal trademark Registration Certificate No. 4111084 is attached hereto and made a part hereof and further designated as Exhibit G.

17.  In the underlying federal litigation, Defendant's father, Thomas Paul Klocker testified that Defendant, Thomas Gerald Klocker stated to him that he had already spent hundreds of thousands of dollar in another case regarding the color of tile to be installed in his home and that he was willing to spend that and more to make sure Plaintiffs' business failed; he also submitted a letter to Judge Donald C. Nugent in that case and which was documented as ECF#42 in that action stating the same.

18. On October 15, 2012, Defendant instigated yet another law suit against GKN Aerospace New England, Inc. assigned Case No. CV-12-793534 arising out of a transaction in 2007 and Defendant has also been involved in numerous legal cases in both state court and federal court which will be further evidenced at the trial of this matter.

4

## FIRST CAUSE OF ACTION

### (Frivolous Conduct/Vexatious Litigator)

19.  Plaintiffs reaver and reallege each and every averment and allegation contained in Paragraphs 1 through 18 of this Complaint as if specifically rewritten herein and hereby incorporates the same by reference.

20.  Plaintiffs further say that Defendant(s) have habitually, persistently and without reasonable grounds engaged in vexatious conduct in the underlying federal action and she believes in other actions as well which served to merely harass or maliciously injure her and/or others.

21.  Plaintiffs further say that as a direct and proximate result of Defendants' frivolous conduct, she/it have been damaged and expects to incur further damages in the future.

WHEREFORE, Plaintiffs pray for judgment against Defendant on their First Cause of Action in a sum in excess of Twenty Five Thousand Dollars ($25,000), an award of punitive damages, plus attorney's fees and costs, interest both pre-judgment and post-judgment, an order declaring Defendants to be vexatious litigators, and for such other and further relief as may be just and equitable in the premises.

## SECOND CAUSE OF ACTION

### (Unfair Competition)

22.  Plaintiffs reaver and reallege each and every averment and allegation contained in Paragraphs 1 through 21 of the within Complaint as if specifically rewritten herein and hereby incorporates the same by reference.

23. Plaintiffs further say that Defendant(s)' real intention in instigating the underlying federal action against her/it was to destroy or attempt to destroy her/its ability to succeed as a new business in competition with Defendant(s) and that he/it used deliberate efforts with the sole aim of causing Plaintiffs to spend her/its income and other sources on litigating against a baseless law suit which constitute unfair competition as shall be more fully demonstrated at the trial of this matter or during dispositive motion practice, all in violation of common law and the Lanham Act.

24. Plaintiffs further say that as a direct and proximate cause of Defendant(s)' unfair competition, Plaintiffs have been damaged and expects to incur further damages in the future.

WHEREFORE, Plaintiffs pray for judgment against Defendant on their Second Cause of Action in a sum in excess of Twenty Five Thousand Dollars ($25,000), an award of punitive damages, plus attorney's fees and costs, interest both pre-judgment and post-judgment, and for such other and further relief as may be just and equitable in the premises.

## THIRD CAUSE OF ACTION

### (Abuse of Process)

25. Plaintiffs reaver and reallege each and every averment and allegation contained in Paragraphs 1 through 24 of the within Complaint as if specifically rewritten herein and hereby incorporate the same herein by reference.

26. Plaintiffs further say that should the Court find that probable cause existed for Defendants to instigate the underlying federal action against her/it, that Defendants then perverted the proceeding to attempt to accomplish an ulterior purpose for which it

was not designed by prolonging the proceeding, gaining trade secrets and other proprietary information, draining Plaintiff(s) of financial and human resources, damaging Plaintiff(s)' reputation and standing within their common industry, and drawing customers away from Plaintiff, causing Plaintiffs damage thereby.

27.  Plaintiffs further say that as a direct and proximate cause of Defendants abuse of process, it/she has been damaged and expects to incur further damages in the future.

WHEREFORE, Plaintiffs pray for judgment against Defendants on their Third Cause of Action in a sum in excess of Twenty Five Thousand Dollars ($25,000), an award of punitive damages, plus attorney's fees and costs, interest both pre-judgment and post-judgment, and for such other and further relief as may be just and equitable in the premises.

## FOURTH CAUSE OF ACTION

### (Malicious Civil Prosecution)

28.  Plaintiffs reaver and reallege each and every averment and allegation contained in Paragraphs 1 through 27 of their Complaint as if specifically rewritten herein and hereby incorporate the same by reference.

29.  Plaintiffs further say that Defendants maliciously instigated the underlying federal action against them without probable cause to do so and that the proceedings terminated in their favor

30.  Plaintiffs further say that as a direct and proximate cause of Defendant's malicious civil prosecution against them, they have been damaged and expect to incur further damages in the future.

7

WHEREFORE, Plaintiffs pray for judgment against Defendants on their Fourth Cause of Action in a sum in excess of Twenty Five Thousand Dollars ($25,000), an award of punitive damages, plus attorney's fees and costs, interest both pre-judgment and post-judgment, and for such other and further relief as may be just and equitable in the premises.

## FIFTH CAUSE OF ACTION

### (Unjust Enrichment)

31. Plaintiffs reaver and reallege each and every averment and allegation contained in Paragraphs 1 through 30 of the within Complaint as if specifically rewritten herein and hereby incorporate the same by reference.

32. Plaintiffs further state that Defendant's wrongful acts described in this Complaint and including, but not limited to, the ill-gotten trade secrets and/or proprietary information have bestowed a benefit upon the Defendants for which it has not compensated the Plaintiffs.

33. Plaintiffs further state that as a direct and proximate cause of the unjust enrichment of Defendants, they have been damaged and expect to be further damages in the future.

WHEREFORE, Plaintiffs pray for judgment against Defendants on their Fifth Cause of Action in a sum in excess of Twenty Five Thousand Dollars ($25,000), an award of punitive damages, plus attorney's fees and costs, interest both pre-judgment and post-judgment, and for such other and further relief as may be just and equitable in the premises.

## SIXTH CAUSE OF ACTION

## (Intentional Infliction of Emotional Distress)

34. Plaintiff, Jessica Esparza reavers and realleges each and every averment and allegation contained in Paragraphs 1 through 33 of the within Complaint as if specifically rewritten herein and hereby incorporates the same by reference.

35. Plaintiff, Jessica Esparza further states that Defendant, Thomas Gerald Klocker sued her in the underlying federal action with malicious and tortious intentions, concerted designs to further wrongful gains and other unlawful activity as described in this Complaint and that said conduct would be considered outrageous in a civilized community and that they intentionally inflicted emotional distress upon her.

36. Plaintiff, Jessica Esparza further states that as a direct and proximate cause of Defendant, Thomas Gerald Klocker's intentional infliction of emotional distress upon her, she has suffered sleeplessness, anxiety, stomach aches, depression, headaches, trauma, nightmares and fear due to threats Defendant, Thomas Gerald Klocker has made.

WHEREFORE, Plaintiffs pray for judgment against Defendants on her Sixth Cause of Action in a sum in excess of Twenty Five Thousand Dollars ($25,000), an award of punitive damages, plus attorney's fees and costs, interest both pre-judgment and post-judgment, and for such other and further relief as may be just and equitable in the premises.

9

LANENE M. MESLAT CO., LPA


LANENE M. MESLAT/0074450
Attorney for Plaintiffs
27070 Detroit Road, #102
Westlake, Ohio  44145
(440) 899-7405
Fax: (440) 360-7468

## CERTIFICATE OF SERVICE

A copy of the foregoing Amended Complaint was forwarded by regular U.S. mail, postage pre-paid, to Thomas Gerald Klocker, at 908 Beach Road, Rocky River, Ohio 44116, and to All Metal Sales, Inc. c/o Thomas Gerald Klocker, Statutory Agent, at 29260 Clemens Road, Suite #3, Westlake, Ohio  44145, this ___ day of February, 2013.


LANENE M. MESLAT
Attorney for Plaintiff

10



**McDonald Hopkins**

600 Superior Avenue, East
Suite 2100
Cleveland, Ohio 44114

Direct Dial: 216.430.2029
E-mail: dcupar@mcdonaldhopkins.com

: 216.348.5400
: 216.348.5474

September 2, 2010

**Certified Mail Return Receipt Requested**

Ms. Jessica Esparza
25935 Detroit Rd.
Westlake, OH 44145

Re: Unlawful Use of ALL METAL Trademark and Unfair Competition

Dear Ms. Esparza:

We represent All Metal Sales Inc. ("All Metal"). As you well know based on your personal experience, All Metal has successfully owned and used its **All Metal** mark in connection with the sale of its metal materials to customers for many years. The **All Metal** mark is of great value and importance to All Metal and its business.

Knowing the value of the **All Metal** mark and the success of All Metal's business, you have copied All Metal's mark and begun using it in the *identical* business as does All Metal. Specifically, we found that you are selling the same metal materials under the name All Metal Source, LLC, and use the All Metal mark throughout your website www.allmetalsource.com in connection with your business. Needless to say, but your copying of the **All Metal** trademark to enter the identical business selling the identical goods and services constitutes trademark infringement under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), a false designation of the original and false description under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and false registers, traffic in, or use of a domain name or trade name containing another's mark with a bad faith intent to profit from that mark under Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d); and violates the Ohio trademark and dilutions statutes and law of unfair competition and misappropriation.

Your unlawful use of the **All Metal** mark with your corporate name and in your advertising and business unfairly capitalizes on the goodwill and reputation embodied in All Metal's products, services, and business. Customers already have mistakenly believed that your use of the **All Metal** mark is somehow authorized or sponsored by us or is somehow affiliated with All Metal. This further evidences your significant and willful unlawful activities. Based on these violations, All Metal is entitled to monetary damages including lost profits, treble damages, attorneys' fees and costs, and injunctive relief.

EXHIBIT A

Ms. Jessica Esparza
September 2, 2010
Page 2

To ensure that you cease and desist of all unauthorized use of the All Metal marks or any marks confusingly similar to the All Metal marks on any corporate names, websites, products, advertisements, or in connection with any services, we request that you certify that:

(1)     you or any entity you are affiliated with or an agent of, immediately cease all use of All Metal or marks using All Metal or any domain name or mark confusingly similar to All Metal;

(2)     cease the use of all metal tag or other marker in your domain name or HTML source code using All Metal or anything confusingly similar to the All Metal mark; and

(3)     you or any entity you are affiliated with or an agent of, agree to cease any further corporate name, website use or advertising bearing the All Metal mark being a part thereof or any domain name, trade name, corporate name or mark confusingly similar to the All Metal mark.

Your signature on the line indicated below signifies your acceptance of the terms outlined in this letter. If we do not receive a full acceptance from you within seven (7) days of the date of this letter, we will proceed with all steps necessary to protect our client's goodwill in its goods and service marks and to stop your continued unlawful, willful infringement to confuse customers using the same mark for the same goods and services as All Metal.

Sincerely,

David B. Cupar

AGREED TO AND ACCEPTED BY:

By:_____

Name: _____

Title: _____

McDonald Hopkins

201029400947

| DATE:<br>10/22/2010 | DOCUMENT ID<br>201029400947 | DESCRIPTION<br>AMEND/ARTICLES-<br>ORGANIZATION/DOM. LLC (LAM) | | FILING<br>50.00 | EXPED<br>.00 | PENALTY<br>.00 | CERT<br>.00 | COPY<br>.00 |

Receipt
This is not a bill. Please do not remit payment.

A METAL SOURCE, LLC
25935 DETROIT ROAD
CLEVELAND, OH 44145

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, Jennifer Brunner

1894781

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**A METAL SOURCE, LLC**

and, that said business records show the filing and recording of:

Document(s)

**AMEND/ARTICLES-ORGANIZATION/DOM. LLC**

Document No(s):

201029400947



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of
the Secretary of State at Columbus,
Ohio this 19th day of October, A.D.
2010.

*Jennifer Brunner*

Ohio Secretary of State

EXHIBIT B

Page 1



Jon Husted & the Office | Elections & Voting | Campaign Finance | Legislation & Ballot Issues | Businesses | Records | Media Center | Publications

Business Filing Portal

WHERE YOUR BUSINESS begins here

General Information | Business Search | Profit Search | Trade Nark / Service Mark Search | Reservation Accounts | Help

Corporate Search

Business Name
Business Name - Exact
Number Search
Agent/Contact Name
Prior Business Name
Charity Name

## Business Search by Name

| Entity Number | Business Name | Type | Original Filing Date | Expiry Date | Status | Business Location | County | State |
|---|---|---|---|---|---|---|---|---|
| 1537868 | ALL METAL RECYCLING, INC. | CORPORATION FOR PROFIT | 04/22/2005 | | Active | BATAVIA | CLERMONT | |
| 1110598 | ALL METAL SALES, INC. | CORPORATION FOR PROFIT | 09/13/1999 | | Active | WESTLAKE | CUYAHOGA | |
| 527070 | ALL METAL FABRICATORS INC. | CORPORATION FOR PROFIT | 12/11/1978 | | Active | CLEVELAND | CUYAHOGA | OHIO |
| 525178 | DO ALL METAL FINISHING, INC. | CORPORATION FOR PROFIT | 10/31/1978 | | Cancelled | CLEVELAND | CUYAHOGA | OHIO |
| 251416 | ALL METAL PRODUCTS COMPANY | FOREIGN CORPORATION | 12/07/1955 | | Cancelled | | Conversion | DELAWARE |
| 216912 | ALL METAL PRODUCTS COMPANY | FOREIGN CORPORATION | 02/23/1955 | | Dead | | Conversion | DELAWARE |
| 111924 | THE ALL METAL CASKET COMPANY | CORPORATION FOR PROFIT | 05/16/1901 | | Cancelled | MANSFIELD | RICHLAND | OHIO |

1 - 7

Download Business Search Results | Print

Total Number of filings found : 7

New Search

EXHIBIT C

ThomasNet.com
SUPPLIER DISCOVERY & PRODUCT SOURCING

## Company Name Results
Displaying 1 to 25 out of 65 results

All Metal - Calgary, AB
Manufacturer
Manufacturer Offering Equipment Manufacturing, Machining & Welding.

All Metal, Inc. - Toccoa, GA
Manufacturer, Custom Manufacturer, Service Company
Manufacturer Of Textile Machine Parts; Repairing Service

All Metal Sales, Inc. - Cleveland, OH
Distributor, Custom Manufacturer
Custom manufacturer of titanium, nickel alloys, stainless steel, & aircraft alloys along with other more common materials. Specializing in service to the aerospace, defense, nuclear & petrochemical industries. Stock tube, sheet, plate, bar & foil in many sizes, types & forms from prototype to mill quantities, off the shelf & custom made. Expedite & AOG services available.

Capabilities

Plate All Metal Co. - Akron, OH
Custom Manufacturer
Metal finishing and plating services. Types of plating include electroless nickel, industrial hard chrome, cadmium and bright acid tin plating. Capabilities include polishing, buffing, electropolishing, chemical etching and coating. Automotive, construction, military and general industrial markets served.

All Metal Designs, Inc. - Holland, MI
Manufacturer
Manufacturer Of " Operator Adustable" Workstations and Accessories

All Metal Buildings, Inc. - Wolcott, CT
Distributor
Metal Buildings

All Metal Design - Longwood, FL
Manufacturer, Custom Manufacturer
Manufacturer & Service Company Offering Metal Design & Fabrication Services.

All Metal Fabrication, Inc. - Vallejo, CA
Manufacturer
Manufacturer Of All Metal Fabrications

All Metal Fabricators - Acton, MA
Manufacturer, Custom Manufacturer, Service Company
Manufacturer Of Custom Metal Fabrications; Plasma Cutting Service

All Metal Fabricators - Allen, TX
Custom Manufacturer, Service Company
Manufacturer of steel fabrications; CNC machine work service

All Metal Fabricators, Inc. - Lowell, NC
Manufacturer, Custom Manufacturer
Manufacturer Of Fabricators; Sheet Metal & Machine Work Service

All Metal Fabricators, Inc. - Seattle, WA
Manufacturer, Custom Manufacturer, Service Company
Manufacturer of metal fabrications; Sheet metal work service

All Metal Fence - North Highlands, CA
Service Company
Fence Installation Services. Offers Core Drilling, Repair, Mobile Welding, Hole Drilling & Certified Pipe Welding On Chain Link & Iron Fences & Handrails.

All Metal Polishing Co., Inc. - Newark, NJ
Service Company
Plating, Polishing, Metal Finishing Service

All Metal Recycling - Madison, WI
Service Company
Scrap Metal Dealers

All Metal Recycling, Inc. - Springfield, MO
Service Company
Recycling Service

All Metal Sales Corp - Great Neck, NY
Distributor, Manufacturer, Custom Manufacturer, Service Company
2000LB Minimum, Inventory, JIT & Mill Direct Shipment Of Aluminum, Brass, Copper & Stainless Steel In Coil, Strip, Sheet, Tube, Bar, Plate, Rod, Busbar, Circles, Extrusions, Wire & Custom Metal Products To Customer Prints. Complete Finishing Services Available

EXHIBIT D

AH Metal Specialties Inc - Jamestown, NY
Metal Fabrications

AB Metal Stamping Inc - Abbotsford, WI
Manufacturer of builders' hardware

All Metal Works - Kingston, WA
Manufacturer & custom manufacturer of metal products such as spacers, standoffs, shepherd game gambrels, & ornamental art products. Ornamental products include wine racks, pot-racks, commercial display racks, interior, & exterior railings. Capabilities include welding & fabrication, custom design work, machining or fabrication of machine components. Applications include ornamental, commercial, residential, & marine

All Metal Fabrication Company - Glendale, AZ
Metal Fabrication Services Including Design & Manufacture Of Custom Packaged For Power Generators, Pumping Units & Fuel Tanks.

All Metal Machine & Tool Co - Macedonia, OH
CNC & General Machinery

All Metal Manufacturing Sevices Inc - Calgary, AB
Custom Manufacturer

All Metal Welding & Fabrication, Inc - Hinsdale, IL
Manufacturer of steel fabrications service

All Metal Welding/Fabrication - Hinsdale, IL
Structural Metal & Iron Fabricating, Arc & Friction Welding

| Home | SiteMaps | Community | Additional Resources | Promote Your Business |
| Supplier Search | Categories | Log In to My Thomas | Guides | White Papers | Free Listing |
| Product Search | Featured Companies | Sign Up for MyThomas | IMT Newsletters & Journals | |
| Product News | Featured Categories | Contact ThomasNet | Resources | Log In to Client Center |
| CAD Drawings | Featured Products | Provide Feedback | Press Room | |
| About Us | | Forums | Testimonials | |
| | | Careers | FAQs | |
| | | | Tools & Gadgets | |
| | | | Job Board | |
| | | | Deal of the Day | |

© 2013 Thomas Publishing Company. All rights reserved. See Terms and Conditions or Privacy Statement. Website Last Modified February 19, 2013.

Thomas Register® and Thomas Regional® are part of ThomasNet.com.

ThomasNet Is A Registered Trademark Of Thomas Publishing Company.

# ThomasNet.com
SUPPLIER DISCOVERY & PRODUCT SOURCING

## Company Name Results
Displaying 26 to 50 out of 65 results

**Apache All Metal Building - Jourdanton, TX**
Manufacturer, Service Company
Manufacturer Of Metal Buildings; Delivery Service

**Do All Metal Fabricating Ltd. - Estevan, SK**
Custom Manufacturer

**Mid-All Metal Treating - Gastonia, NC**
Service Company
Heat Treating Service

**Ran/All Metal Technology - Hooksett, NH**
Manufacturer, Custom Manufacturer, Service Company
Precision Sheet Metal Fabricators

**Rohnert Park All Metal - Rohnert Park, CA**
Custom Manufacturer, Service Company
Production machining, steel fabrication & welding services for marine, 4x4, motorcycle & restaurant industy.

**All Metals Industries, Inc. - Locations**
Manufacturer
Metal service center for aluminum, carbon steel & stainless steel providing cutting, shaping, machining & finishing of steel sheets, blanks, coils, plates, bars & shapes. Aluminum alloys include 2024, 6061, 6063, 7075, 1100, 3003, 5005, 5052, 5083, 5086, 5454 & 5456 grades. Stainless steel includes 304, 304L, 316, 316L, 409, 430 grades. Carbon steel available in commercial, drawing, high carbon, special killed (AKDQ), low carbon (.15 max), A-36, 44W, Grade 50 & special grades. www.allmetalind.com

**Treat All Metals, Inc. - Milwaukee, WI**
Custom Manufacturer, Service Company
ISO 9001:2008 certified metal heat treating services from -120 degrees F to +2200 degrees F temperature for parts up to 9 ft. Capabilities include hardening, gas carburizing, carbonitriding, nitriding, quenching, normalizing, annealing, straightening, shot blasting, sub zero treatment, stress relieving & inspection. Suitable for various industries including automotive, defense, industrial, marine, mining, paper, plastic, racing, wind power & transportation. On-time delivery.

**All Metals Fabricating, Inc. - Allen, TX**
Custom Manufacturer
Sheet metal fabricating services. Capabilities include laser cutting, bending, punching, machining, milling, welding, polishing, sanding, deburring & finishing. Products include strappers, conveyors, frames, faceplates, mounts, cardcage assemblies & automotive bumpers.
Brand Names: Bystar, Bystronic

**All Metals Engineering - Huntington Beach, CA**
Distributor, Manufacturer, Custom Manufacturer
Distributor Of Bars, Rods, Sheet, Plate, Strip, Pipe, Tubing, Forgings

**All Metals Fabricating Co., Inc. - Youngwood, PA**
Manufacturer, Custom Manufacturer
Manufacturer Of Metal Fabricators

**All Metals Fabrication - Ogden, UT**
Manufacturer, Custom Manufacturer
Manufacturer & Service Company Offering Stainless Steel Design & Fabrication Services.

**All Metals Fabricators, Inc. - Wilmington, DE**
Manufacturer, Custom Manufacturer, Service Company
Manufacturer of precision, CNC machining service

**All Metals Incorporated - Adrian, MI**
Distributor
Steel service center.

**All Metals Incorporated - Adrian, MI**
Distributor
Distributor Of Steel, Aluminum, Stainless & Brass Products.

**All Metals Processing Co - Burbank, CA**
Service Company
Magnetic Inspection Service

**All Metals Processing Co., Inc. - Stanton, CA**
Custom Manufacturer, Service Company
NADCAP certified metal finishing & inspection services. Finishing processes performed include anodizing, painting, dry film coating, powder coating & plating. Anodizing services such as chemical film treatment, chromic acid anodizing, sulfuric acid anodizing & hard anodizing are available. Non-destructive (NDT) testing services include magnetic particle inspection, penetrant testing, nital etching, hardness testing, conductivity testing, cleaning & etching. Capabilities also include bead blasting, sand blasting, coating weight testing, copper sulfate testing, high humidity testing, masking, salt spray testing, & water immersion testing. Markets served include aerospace, military & defense.

**All Metals Supply Inc - Oroville, CA**
Distributor
Distributor Of Ferrous & Non-Ferrous Metals, Plastic & Ind. Hardware

All-Metal Fabricators, Inc. - Cleveland, OH

**All Metals & Forge Group, LLC - Fairfield, NJ**
All Metals & Forge Group is your ISO9001:2008/AS9100 REV B/EN9100 Registered Forging Manufacturer and Steel Service Center. AMFG specializes in Specialty Steels, Alloy Steels, Carbon Steels, Aluminum Alloys, Stainless Steels (200,300,400,500 series), PH Grades, Nickel Alloys, Titanium Alloys, Tool Steels, and Super Alloys. All of the Corrosion and Heat Resisting alloys as well. The Forge division has the capacity to forge seamless rolled rings (and contoured) (up to 160®/44050mm in diameter),Blocks, Discs, Shafts, Flanged Shafts, Long Shafts, Step Shafts, Cylinders ,Blind Cylinders, and Hubs (weight capacity approx. up to 75,000#/34,000 kgs. AMFG prides itself with the ability to forge and machine complex heavy forged parts for complex projects. Our Service Center division stocks the same alloy families as above in all bar shapes, sheet, strip and plate. The value added services include, cutting, laser cutting, heat treating, machining, rolling and welding. Our corporate goal is to have competitive prices, reliable deliveries and above all, a sales team that is helpful, courteous and professional to meet our client partners requirements

**All Metals Machine & Tool - Macedonia, OH**
Machine Work Service

**All Metals Market East - Valley, NE**
Distributor Of Steel Service Centers

**All Metals Service & Warehouse - Spartanburg, SC**
Metal Slitting Service

**All Metals Service & Warehousing - Cartersville, GA**
Warehousing & Steel Service Centers

**All-Metal Machine Specialties, Ltd. - Concord, ON**
Drum Brake Shoes Only, I.M. Disc Brakes

**Southern All Metals Recycling, Inc. - Bay St. Louis, MS**
Recycling Service

‹ Prev  1  2  3  Next ›

| | | | | |
|---|---|---|---|---|
| Home | SiteMaps | Community | Additional Resources | Promote Your Business |
| Supplier Search | Categories | Log In to MyThomas | Guides | White Papers | Free Listing |
| Product Search | Featured Companies | Sign Up for MyThomas | IMT Newsletters & Journals | Log In to Client Center |
| Product News | Featured Categories | Contact ThomasNet | Resources | |
| CAD Drawings | Featured Products | Provide Feedback | Press Room | |
| About Us | | Forums | Testimonials | |
| | | Careers | FAQs | |
| | | | Tools & Gadgets | |
| | | | Job Board | |
| | | | Deal of the Day | |

© 2013 Thomas Publishing Company. All rights reserved. See Terms and Conditions or Privacy Statement. Website Last Modified February 19, 2013.

Thomas Register® and Thomas Regional® are part of ThomasNet.com.

ThomasNet Is A Registered Trademark Of Thomas Publishing Company.

http://www.thomasnet.com/

ThomasNet.com
SUPPLIER DISCOVERY & PRODUCT SOURCING

## Company Name Results

Displaying 51 to 65 out of 65 results

Sort by: Relevance A-Z Z-A

Go to page:  ‹ Prev 1 2 ›

**All Metals Fabricators & Millwright Service - Elizabethton, TN**
Custom Manufacturer, Service Company
CNC & Precision Machine Work, Welding Services

**All Metals Product Development By Engineered Shapes - Garfield, NJ**
Manufacturer, Custom Manufacturer, Service Company
Manufacturer Of Castings, Forgings; Machining & Assembly Service

**Hall Metal Corp. - Fort Pierce, FL**
Distributor, Manufacturer
Manufacturer Of Structural Steel; Distributor Of Iron & Steel Bars & Rods

**Randall Metals Corp. - Salisbury, NC**
Manufacturer, Custom Manufacturer
ISO 9001:2000 registered steel service center specializing in the processing of tight-tolerance, flat-rolled steel products for automotive, consumer & commercial markets. Cutting specifications include gauge thicknesses from 0.005 to 0.085, widths from 0.375 to 59.750, 1 to 30 cuts & tolerances of plus/minus 0.002. Materials include tin plate, tin coated sheet, cold rolled mild steel, hot rolled pickled & oiled mild steel, galvanized, stainless steel & electrical steel.

**Randall Metals Corp. - East Chicago, IN**
Manufacturer, Custom Manufacturer
ISO 9001:2000 registered steel service center specializing in the processing of tight-tolerance, flat-rolled steel products for automotive, consumer & commercial markets. Cutting specifications include gauge thicknesses from 0.005 to 0.085, widths from 0.375 to 59.750, 1 to 30 cuts & tolerances of plus/minus 0.002. Materials include tin plate, tin coated sheet, cold rolled mild steel, hot rolled pickled & oiled mild steel, galvanized, stainless steel & electrical steel.

**Ball Metal Container Corp. - Conroe, TX**
Manufacturer
Manufacturing Of Aluminum Cans

**Ball Metal Container Corp. - Kent, WA**
Manufacturer
Manufacturer Of Aluminum

**Marshall Metal Products, Inc. - Marshall, MI**
Distributor, Manufacturer, Custom Manufacturer
Manufacture Small & Medium Custom Metal Stampings In Low & High Carbon Steel, Stainless Steel, Aluminum & Brass, Presses Range From 10 To 250 Tons; Also Produce Bright Zinc Plated, Unplated, Low-Carbon Stainless Steel, All-Purpose Tube Clamps For 1/8" To 7/8" OD Single & Multiple Tube Lines, Prototypes, Welding & Assembly Available. Serve Variety Of Industries Including: Recreation Vehicles & Equipment, Brakes & Trailer Controls. OEM Engine Component, Automotive, Home Appliances, & Industrial Equipment

**Randall Metals Corporation - Elk Grove Village, IL**
Manufacturer, Custom Manufacturer, Service Company
ISO 9001:2000 registered steel service center specializing in the processing of tight-tolerance, flat-rolled steel products for automotive, consumer & commercial markets. Cutting specifications include gauge thicknesses from 0.005 to 0.085, widths from 0.375 to 59.750, 1 to 30 cuts & tolerances of plus/minus 0.002. Materials include tin plate, tin coated sheet, cold rolled mild steel, hot rolled pickled & oiled mild steel, galvanized, stainless steel & electrical steel

**Skyball Metal Craft, Inc. - Los Angeles, CA**
Manufacturer, Custom Manufacturer
Manufacturer Of Steel Fabrications

**Ball Metal Beverage Container - Torrance, CA**
Manufacturer
Manufacturer of aluminum cans.

**Ball Metal Beverage Container - Milwaukee, WI**
Manufacturer
Manufacturer of aluminum cans.

**Ball Metal Container Group - Fairfield, CA**
Manufacturer
Manufacturing Of Aluminum Cans

**Certified Weldall Metals Propeller & Mfg. Ltd. - Edmonton, AB**
Custom Manufacturer

**Sun Air Div., Stegall Metal Industries - Birmingham, AL**
Manufacturer
Commercial Kitchen Hood & Ventilation Systems; Power Ventilators

Sort by: Relevance A-Z Z-A

Go to page:  ‹ Prev 1 2 ›

Like us  Share  Follow us

Home
Supplier Search:
Product Search
Product News
CAD Drawings
About Us

**SiteMaps**
Categories
Featured Companies
Featured Categories
Featured Products

**Community**
Log in to MyThomas
Sign Up for MyThomas
Contact Thomasnet
Provide Feedback
Forums
Careers

**Additional Resources**
Guides | White Papers
IMT Newsletters & Journals
Resources
Press Room
Testimonials
FAQs
Tools & Gadgets
Job Board
Deal of the Day

**Promote Your Business**
Free Listing
Advertising Options
Log in to Client Center

© 2013 Thomas Publishing Company. All rights reserved. See Terms and Conditions or Privacy Statement. Website Last Modified February 19, 2013.

Thomas Register® and Thomas Regional® are part of ThomasNet.com.

ThomasNet Is A Registered Trademark Of Thomas Publishing Company.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALL METAL SALES, INC.,      )      CASE NO. 1:10 CV 2343
                            )
                            )      JUDGE DONALD C. NUGENT
                            )
        Plaintiff,          )
                            )
           v.               )
                            )      JUDGMENT
                            )
ALL METAL SOURCE, LLC,      )
                            )
        Defendant.          )

The above-captioned case came before this Court for a trial by jury. At the conclusion of the trial, the Jury returned unanimous Answers to Interrogatories in favor of Defendant, All Metal Source, LLC.

In its Complaint, Plaintiff All Metal Sales, Inc., asserted claims of unfair competition under the Lanham Act, 15 U.S.C. § 1125(a)(1))A); violation of the Ohio Deceptive Trade Practices Act, Ohio Rev. Code § 4165.01 et. seq.; unfair competition; and unjust enrichment all based upon Defendant's alleged infringement of Plaintiff's trademark "All Metal" and its A Logo

The trial commenced on January 4, 2012. A Jury of twelve was duly impaneled and sworn pursuant to Fed. R. Civ. P. 39(c)(1). Opening statements of counsel were made. Plaintiff called the following witness(es): (1) Jim Vandevelde; (2) Ancillia Garcia-Coolidge by video depositon; (3) Christopher Ciccarello; (4) Jessica Maria Esparza. Plaintiff rested. The Court reserved ruling on Defendant's Rule 50 motion. The Defendant called the following witness(es): (1) Jaine Anne Wirtjes; (2) Thomas P. Klocker; and (3) Jessica Esparza. Court was then

EXHIBIT E

adjourned until January 5, 2012 at 8:15 a.m.

The trial continued on January 5, 2012.  The Defendant called the following witness(es):
(4) Professor Jeffrey Samuels (taken out of order); (3) Jessica Esparza, continued. The Defendant
rested.  Plaintiff rested. The Court gave initial jury instructions. Closing arguments of counsel
were made and the Court gave final instructions. Thereafter, the Jury retired to deliberate.  The
Jury, in open court, returned the following unanimous Answers to Interrogatories:

### INTERROGATORY NUMBER 1

Do you find that Plaintiff All Metal Sales, Inc. proved
by a preponderance of the evidence that Defendant's use of
"All Metal Source, LLC" infringed on Plaintiff's  "All Metal"
trademark in violation of the Lanham Act?

__NO____ (insert in ink "YES" or "NO" according to
your findings)

### INTERROGATORY NUMBER 2

Do you find that Plaintiff All Metal Sales, Inc. proved
by a preponderance of the evidence that Defendant's use of
"All Metal Source, LLC" willfully infringed Plaintiff's "All
Metal" trademark in violation of the Lanham Act?

__NO____ (insert in ink "YES" or "NO" according to
your findings)

### INTERROGATORY NUMBER 3

Do you find that Plaintiff All Metal Sales, Inc. proved by a
preponderance of the evidence that Defendant's use of "A
Metal Source, LLC" infringed Plaintiff's "All Metal"
trademark in violation of the Lanham Act?

2

NO_____(insert in ink "YES" or "NO" according to your findings)

## INTERROGATORY NUMBER 4

Do you find that Plaintiff All Metal Sales, Inc. proved by a preponderance of the evidence that Defendant's use of "A Metal Source, LLC" willfully infringed Plaintiff's "All Metal" trademark in violation of the Lanham Act?

NO_____(insert in ink "YES" or "NO" according to your findings)

## INTERROGATORY NUMBER 5

Do you find that Plaintiff All Metal Sales, Inc. proved by a preponderance of the evidence that Defendant's use of "All Metal Source, LLC" infringed Plaintiff's A Logo in violation of the Lanham Act?

NO_____(insert in ink "YES" or "NO" according to your findings)

## INTERROGATORY NUMBER 6

Do you find that Plaintiff All Metal Sales, Inc. proved by a preponderance of the evidence that Defendant's use of "All Metal Source, LLC" willfully infringed Plaintiff's A Logo in violation of the Lanham Act?

NO_____(insert in ink "YES" or "NO" according to your findings)

## INTERROGATORY NUMBER 7

Do you find that Plaintiff All Metal Sales, Inc. proved by a preponderance of the evidence that Defendant's use of "A Metal Source, LLC " infringed Plaintiff's A Logo in violation of the Lanham Act?

NO_____(insert in ink "YES" or "NO" according to your findings)

3

## INTERROGATORY NUMBER 8

Do you find that Plaintiff All Metal Sales, Inc. proved by a preponderance of the evidence that Defendant's use of "A Metal Source, LLC" willfully infringed Plaintiff's A Logo in violation of the Lanham Act?

___NO___ (insert in ink "YES" or "NO" according to your findings)

## INTERROGATORY NUMBER 9

Do you find that Plaintiff All Metal Sales, Inc. proved by a preponderance of the evidence that Plaintiff's "All Metal" trademark was infringed by cyberpiracy in violation of the Lanham Act by Defendant's use of the domain name "AllMetalSource.com"?

___NO___ (insert in ink "YES" or "NO" according to your findings)

## INTERROGATORY NUMBER 10

Do you find that Plaintiff All Metal Sales, Inc. proved by a preponderance of the evidence that Plaintiff's "All Metal" trademark was infringed by cyberpiracy in violation of the Lanham Act by Defendant's use of the domain name "AMetalSource.com"?

___NO___ (insert in ink "YES" or "NO" according to your findings)

The Court read the Interrogatory Answers in open court, and thereafter, the Court polled the Jury. Each Juror affirmatively responded to the correctness of the Answers. The Court accepted the Interrogatory Answers and the Jury was then discharged.

THEREFORE, based upon the Interrogatory Answers, the Court enters Judgment

4

# United States of America

## United States Patent and Trademark Office



Reg. No. 4,111,084

Registered Mar. 13, 2012

Int. Cls.: 6 and 40

TRADEMARK

SERVICE MARK

PRINCIPAL REGISTER

ALL METAL SALES, INC. (OHIO CORPORATION)
29260 CLEMENS ROAD
WESTLAKE, OH 44145

FOR: NON-STANDARD AND CUSTOM-MADE ITEMS MADE FROM HIGHLY SPECIALIZED NON-STANDARD METAL MATERIAL, NAMELY, METAL IN THE FORM OF FLAT BARS, HOLLOW BARS, RECTANGULAR BARS, ROUND BARS, HEXAGON BARS, SQUARE BARS, HALF ROUND BARS, COILS, PLATES, TUBES, SHEETS, STRIPS, PIPES, STRUCTURAL BEAMS, WIRE, FOIL, STRIPS, STRUCTURAL CHANNELS, STRUCTURAL TEES, STRUCTURAL ANGLES, STRUCTURAL RAILS, RINGS, AND CUSTOMER-SPECIFIED SHAPES, ALL FOR FURTHER MANUFACTURE; METAL BOLTS; METAL SCREWS; AND METAL SHIM STOCK, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 9-30-1999; IN COMMERCE 9-30-1999.

FOR: MANUFACTURING TO THE ORDER AND SPECIFICATION OF OTHERS OF NON-STANDARD AND CUSTOM-MADE ITEMS MADE FROM HIGHLY SPECIALIZED NON-STANDARD METAL MATERIAL, NAMELY, METAL IN THE FORM OF FLAT BARS, HOLLOW BARS, RECTANGULAR BARS, ROUND BARS, HEXAGON BARS, SQUARE BARS, HALF ROUND BARS, COILS, PLATES, TUBES, SHEETS, STRIPS, PIPES, STRUCTURAL BEAMS, WIRE, FOIL, STRIPS, STRUCTURAL CHANNELS, STRUCTURAL TEES, STRUCTURAL ANGLES, STRUCTURAL RAILS, RINGS, AND CUSTOMER-SPECIFIED SHAPES, ALL FOR FURTHER MANUFACTURE; METAL BOLTS; METAL SCREWS; AND METAL SHIM STOCK, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

FIRST USE 9-30-1999; IN COMMERCE 9-30-1999.

THE STIPPLING IS FOR SHADING PURPOSES ONLY.

THE MARK CONSISTS OF THE LETTER "A" STYLIZED WITH A SWIRL AROUND THE LETTER "A".

SER. NO. 85-243,378, FILED 2-16-2011.

ANDREW RHIM, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT G

# Send Result Report

MFP
2GP-40

**Firmware Version** 2GR_2000.019.009 2008.06.24

| | | | |
|---|---|---|---|
| Job No. | : 020499 | Total Time | : 0°02'24" | Page | : 012 |

# Completed

**Document :** HMC Inc20130306161325

| No. | Date and Time | Destination | Times | Type | Result | Resolution / ECM |
|---|---|---|---|---|---|---|
| 001 | 03/06/2013 16:20 | 12166231176 | 0°02'24" | FAX | OK | 200x200 Fine / On |