# Exhibit E

FILED

2013 APR 15 P 3: 27

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| JESSICA ESPARZA, et al. | ) | CASE NO. CV 13 798996 |
| | ) | |
| Plaintiffs | ) | JUDGE KATHLEEN ANN SUTULA |
| | ) | |
| v. | ) | |
| | ) | SECOND |
| THOMAS GERALD KLOCKER, et al. | ) | AMENDED COMPLAINT |
| | ) | (Jury Demand Endorsed Hereon) |
| Defendants | ) | |

FIRST CAUSE OF ACTION

(Malicious Civil Prosecution)

1. Plaintiff, Jessica Esparza is a U.S. citizen and resides in Westlake, Ohio.

2. Plaintiff, A Metal Source, LLC fka All Metal Source, LLC is an Ohio limited liability company with its principal place of business in Westlake, Ohio.

3. Defendant, All Metal Sales, Inc., is an Ohio corporation with its principal place of business located at 29260 Clemens Road, Suite #3, Westlake, Ohio 44145.

4. Defendant, Thomas Gerald Klocker is a U.S. citizen and resides in Rocky River, Ohio.

5. On or about September 2, 2010, Plaintiff(s) received a cease and desist letter addressed to Plaintiff, Jessica Esparza insisting that she cease and desist the use of the phrase **"All Metal"** in the name of her metal distributing business and asserted that Defendant, All Metal Sales, Inc. owned the right to the All Metal mark and that her use

1

of the phrase "All Metal" was in violation of the Lanham Act, Ohio statutes and common law; a copy of said letter is attached hereto and made a part hereof and further designated as Exhibit A.

6. On October 8, 2010, Plaintiff sent in a certificate of amendment to the Ohio Secretary of State changing her company name from All Metal Source, LLC to A Metal Source, LLC which was finalized by the State of Ohio on October 19, 2010; a copy of said amendment is attached hereto and made a part hereof and further designated as Exhibit B.

7. On or about October 14, 2010, Defendants filed an action against Plaintiffs in the United States District Court, Northern District of Ohio, Eastern Division which was assigned Case No. 1:10-CV-02343 (hereinafter referred to as 'the underlying federal action") alleging various causes of action including unfair competition under the Lanham Act, 15 U.S.C. §1125(a)(1)(A); violation of the Ohio Deceptive Trade Practices Act, Ohio Rev. Code §4165.01 *et seq.;* unfair competition and unjust enrichment based upon Plaintiff's alleged infringement of Defendant's trademark "All Metal" and its logo.

8. Through the litigation process, Defendants became aware that Plaintiff has changed its corporate name from All Metal Source, LLC to **A Metal Source, LLC**, but refused to terminate the litigation.

9. During the underlying federal action, Defendants' counsel then began insisting and asserting that Defendant owned the right to the **"A Metal"** mark and the literal element **"A"** and that Plaintiff's use of the phrase, **"A Metal"** and the literal element **"A"** in the name of her metal distributing business was still in violation of the Lanham Act.

10.  At the time Defendants filed the underlying federal action against Plaintiffs, there were 7 other companies registered in the State of Ohio that also used the words, **"All Metal"** in their company name, yet Defendants only sued Plaintiffs for alleged causes of actions; a copy of a print-out from the Ohio Secretary of State's website listing these companies is attached hereto and made a part hereof and further designated as Exhibit C.

11.  In the underlying federal action, Defendants also alleged that Plaintiffs violated the Lanham Act and otherwise engaged in unfair competition by virtue of the fact that Plaintiffs advertised on "ThomasNet", a widely used buying guide that reports names and descriptions of businesses that offer particular goods and services, in a manner that would confuse the two companies, yet there are currently over 50 companies in the United States which also use the term **"All Metal"** in their company names and the evidence will demonstrate at the time of filing there were many in existence then, too; a copy of a print-out from ThomasNet.com is attached hereto and made a part hereof and further designated as Exhibit D.

12.  On January 7, 2912, the jury returned a verdict in favor of Plaintiffs having answered "no" to all interrogatories proposed to the panel.

13.  On January 9, 2012, the District Court entered judgment for the Plaintiffs herein on all accounts brought in the und3erlying federal action and ordered Defendant to pay all costs.

14.  On February 6, 2012, Defendants filed a motion for Judgment as a Matter of law or for a new Trial in the underlying federal action which was further designated on the federal court's docket as DOC#$71 and #71-1 and said motion was denied.

3

15.  In the underlying federal action, Defendant, Thomas Gerald Klocker did not have probable cause to bring the action as he based it on the false basis that his business had a registered trademark with the State of Ohio since 1999 when , in fact, his business's State of Ohio Trademark Certificate is dated February 24, 2011, *four months after he instigated* the underlying federal litigation against Plaintiff.

16. In the underlying federal action, Defendants claimed it/he had a federal trademark over the words "all metal", when in fact, it did not acquire a federal trademark until March 13, 2012, *two months* after the trial ended and  this trademark does not contained the words, **"All Metal"** nor **Á Metal"**, a copy of Defendants' federal trademark Registration Certificate No. 4111084 is attached hereto and made a part hereof and further designated as Exhibit E.

17.  In the underlying federal litigation, Defendant's father, Thomas Paul Klocker testified before the jury that his son, Defendant, Thomas Gerald Klocker stated to him that he had already spent hundreds of thousands of dollar in another case regarding the color of tile to be installed in his home and that he was willing to spend that and more to make sure Plaintiffs' business failed; he also submitted a letter to Judge Donald C. Nugent in that case and which was documented as ECF#42 in that action stating the same.

18.  Plaintiffs further say that  Defendants' lawsuit against it was objectively baseless in that he did not have probable cause to bring the same as he had neither trademarks he asserted and specifically stated to his father his reason for bringing the suit; the underlying federal action against it without probable cause to do so and that the

4

proceedings terminated in its favor and that its property was seized during the prior proceedings and used by Defendants to cause further economic harm to the Plaintiffs.

19.  Plaintiffs further say that as a direct and proximate cause of Defendants' malicious civil prosecution against them, they have been damaged and expect to incur further damages in the future.

WHEREFORE, Plaintiffs pray for judgment against Defendants on their First Cause of Action in a sum in excess of Twenty Five Thousand Dollars ($25,000), an award of punitive damages, plus attorney's fees and costs, interest both pre-judgment and post-judgment, and for such other and further relief as may be just and equitable in the premises.

<u>SECOND CAUSE OF ACTION</u>

<u>Vexatious Litigator</u>

20.  Plaintiffs reaver and reallege each and every averment and allegation contained in Paragraphs 1 through 19 of this Complaint as if specifically rewritten herein and hereby incorporates the same by reference.

21. On October 15, 2012, Defendant instigated yet another law suit against GKN Aerospace New England, Inc. assigned Case No. CV-12-793534 arising out of a transaction in 2007 and Defendant has also been involved in numerous legal cases in both state court and federal court which will be further evidenced at the trial of this matter.

22.  Plaintiffs further say that Defendant(s) have habitually, persistently and without reasonable grounds or probable cause engaged in vexatious conduct in the

underlying federal action and she believes in other actions as well which served to merely harass or maliciously injure her and/or others.

23.  Plaintiffs further say that as a direct and proximate result of Defendants' vexatious litigation, she/it have been damaged and expects to incur further damages in the future and that she spent about $88,000 in defense of the underlying litigation and has lost income, too.

WHEREFORE, Plaintiffs pray for judgment against Defendant on their Second Cause of Action in a sum in excess of Twenty Five Thousand Dollars ($25,000), an award of punitive damages, plus attorney's fees and costs, interest both pre-judgment and post-judgment, an order declaring Defendants to be vexatious litigators, and for such other and further relief as may be just and equitable in the premises.

<u>THIRD CAUSE OF ACTION</u>

(Unjust Enrichment)

24.  Plaintiffs reaver and reallege each and every averment and allegation contained in Paragraphs 1 through 23 of the within Complaint as if specifically rewritten herein and hereby incorporate the same by reference.

25.  Plaintiffs further state that after the termination of the underlying action, and as a result of the trade secrets and/or proprietary information conferred upon Defendants by Plaintiffs of which Defendants have knowledge, Defendants retained the benefits of these information and used the same in a course of conduct that has taken away Plaintiff's clients and profited therefrom, have contacted Plaintiff's customers and slandered Plaintiff, copied Plaintiff's trade secrets and proprietary information and has otherwise unjustly enriched itself at Plaintiff's cost for which it has not compensated the

Plaintiffs and that this money and/or benefits in justice and equity belong to the Plaintiffs.

26.  Plaintiffs further state that as a direct and proximate cause of the unjust enrichment of Defendants, they have been damaged and expect to be further damages in the future.

WHEREFORE, Plaintiffs pray for judgment against Defendants on their Third Cause of Action in a sum in excess of Twenty Five Thousand Dollars ($25,000), an award of punitive damages, plus attorney's fees and costs, interest both pre-judgment and post-judgment, and for such other and further relief as may be just and equitable in the premises.

<u>FOURTH CAUSE OF ACTION</u>

(Intentional Infliction of Emotional Distress)

27.  Plaintiff, Jessica Esparza reavers and realleges each and every averment and allegation contained in Paragraphs 1 through 26 of the within Complaint as if specifically rewritten herein and hereby incorporates the same by reference.

28.  Plaintiff, Jessica Esparza further states that Defendant, Thomas Gerald Klocker sued her in the underlying federal action with intentional design to injure her and her business as evidenced by the statements he made to others and his conduct and activity after the underlying litigation terminated.

29.  Plaintiff, Jessica Esparza further states that not only did Defendant, Thomas Gerald sue her without probable cause and with the intent to inflict serious physic injury upon her, after the litigation or ruling on her counterclaim, he knowingly and intentionally inflicted serious physic injury upon her by contacting her clients, slandering her, taking

7

away business from her and stealing her clients, by intentionally manipulating his or her website, Defendant, Thomas Gerald Klocker to attract her clients or to interfere with clients reaching her website.

30. Plaintiff further says that the intentional conduct of Defendants that has inflicted emotional distress upon her would be considered outrageous and extreme in a civilized community.

31. Plaintiff, Jessica Esparza further states that as a direct and proximate cause of Defendant, Thomas Gerald Klocker's intentional infliction of emotional distress upon her, she has suffered physic injury manifesting itself in sleeplessness, anxiety, stomach aches, depression, headaches, trauma, loss of income, loss of interest in her regular activities, nightmares and fear due to threats Defendant, Thomas Gerald Klocker has made, some of which were perfected.

WHEREFORE, Plaintiffs pray for judgment against Defendants on her Fourth Cause of Action in a sum in excess of Twenty Five Thousand Dollars ($25,000), an award of punitive damages, plus attorney's fees and costs, interest both pre-judgment and post-judgment, and for such other and further relief as may be just and equitable in the premises.

FIFTH CAUSE OF ACTION

(Defamation)

32. Plaintiffs reaver and reallege each and every averment and allegation contained in Paragraphs 1 through 31 of their Complaint as if specifically rewritten herein and hereby incorporates the same herein by reference.

8

33. Plaintiffs further state that Defendant, Gerald Thomas Klocker has made defamatory comments about her to others, some of whom were her customers, knowing the statements to be false or with a high degree of certainty that the statements were false, and that, in fact, the statements were false, to the effect that she is dishonest, incompetent, immoral, unfair or otherwise unscrupulous in her private and business affairs, or that he caused them to so believe the same based on what he said as shall be further demonstrated at the trial of this matter and that some of this defamation may have taken place in a trade magazine which will be further ferreted out via discovery.

34. Plaintiff, Jessica Esparza further states that as a direct and proximate result of the utterances of these statements, she has been damaged in her business reputation and personal reputation and expects to be further damaged in the future.

WHEREFORE, Plaintiff, Jessica Esparza prays for judgment against Defendant, Gerald Thomas Klocker on her Fifth Cause of Action in an amount in excess of Twenty Five Thousand Dollars ($25,000) ), an award of punitive damages, plus attorney's fees and costs, interest both pre-judgment and post-judgment, and for such other and further relief as may be just and equitable in the premises.

## SIXTH CAUSE OF ACTION

(Intentional Interference with a Business Relationship)

35. Plaintiffs reavers and reallege each and every averment and allegation contained in Paragraphs 1 through 34 of their Complaint as if specifically rewritten herein and hereby incorporate the same by reference.

36. Plaintiffs further state that they have reason to believe that by using Plaintiffs' website strategies, other confidential information, her sales and purchase

reports, and other documents, Defendants interfered with prospective contractual relationships Plaintiff had with others and Defendants knew this and intentional interference with the same to the extent that the relationship was either damaged or terminated and that it has lost profits and potential referral business and that since the underlying litigation ensued and continuing thereafter, it has, in fact, seen its actual customer list dwindle despite their best efforts to run the business as efficiently as it always has done.

37.  Plaintiffs further state that some of their regular customers are no longer ordering and that some quotes they gave did not result in a customer placing a purchase order which used to be a very rare occurrence.

38.  Plaintiffs further state that in the underlying action, Defendant, Thomas Gerald Klocker testified about what he referred to as market confusion or a similar notion and that he basically admitted that he had taken purchase orders from customers to whom Plaintiffs' had provided a quote and that she believes through his/its intentional actions, he continues this course of conduct or made it come to a reality.

39.  Plaintiffs further say that as a direct and proximate result of Defendants interference with their business relationships, they have been damaged and expect to incur further damages in the future.

WHEREFORE, Plaintiffs pray for judgment against Defendants on their Sixth Cause of Action in an amount in excess of Twenty Five Thousand Dollars ($25,000), an award of punitive damages, plus attorney's fees and costs, interest both pre-judgment and post-judgment, and for such other and further relief as may be just and equitable in the premises.

10

## SEVENTH CAUSE OF ACTION

"Intentional Interference with a Business Contract"

40. Plaintiffs reavers and reallege each and every averment and allegation contained in Paragraphs 1 through 39 of their Complaint as if specifically rewritten herein and hereby incorporate the same by reference.

41. Plaintiffs further state that they have reason to believe that Defendants also used Plaintiffs' website strategies, other confidential information, her sales and purchase reports, and other documents, to interfere with existing contracts of the plaintiff the existence of which become known to the Defendants and that inappropriately and intentionally caused the contract to be breached without justification and that by doing so, it damaged Plaintiffs.

42. Plaintiffs further state that Plaintiffs' conduct caused Plaintiff's contracts not only to be breached, but caused the customers to contract with Defendants for the same or other orders and that the number of contracts it now fills has been reduced since Plaintiff's conduct began.1

43. Plaintiffs further state that as a direct and proximate result of Defendants' intentional interference with their business contracts, they have been damaged and expect to incur further damages in the future.

LANENE M. MESLAT CO., LPA

LANENE M. MESLAT/0074450
Attorney for Plaintiffs
27070 Detroit Road, #102
Westlake, Ohio 44145
(440) 899-7405
Fax: (440) 360-7468

11

## CERTIFICATE OF SERVICE

A copy of the foregoing Second Amended Complaint was forwarded by regular U.S. mail, postage pre-paid, to Matthew J. Cavanagh, McDonald Hopkins LLC, 600 Superior Avenue, East, Suite 2100, Cleveland, Ohio 44114, *Co-counsel for Defendants,* and to Joseph A. Ferrante, 2 Summit Park Drive, Suite 540, Independence, Ohio 44131, *Co-counsel for Defendants*, this 15th day of April, 2013.

LANENE M. MESLAT
Attorney for Plaintiff

McDonald Hopkins

600 Superior Avenue, East
Suite 2100
Cleveland, Ohio 44114

216.348.5400
216.348.5474

Direct Dial: 216.430.2029
E-mail: dcupar@mcdonaldhopkins.com

September 2, 2010

**<u>Certified Mail Return Receipt Requested</u>**

Ms. Jessica Esparza
25935 Detroit Rd.
Westlake, OH 44145

Re:  Unlawful Use of ALL METAL Trademark and Unfair Competition

Dear Ms. Esparza:

We represent All Metal Sales Inc. ("All Metal"). As you well know based on your personal experience, All Metal has successfully owned and used its **All Metal** mark in connection with the sale of its metal materials to customers for many years. The **All Metal** mark is of great value and importance to All Metal and its business.

Knowing the value of the **All Metal** mark and the success of All Metal's business, you have copied All Metal's mark and begun using it in the *identical* business as does All Metal. Specifically, we found that you are selling the same metal materials under the name All Metal Source, LLC, and use the All Metal mark throughout your website www.allmetalsource.com in connection with your business. Needless to say, but your copying of the **All Metal** trademark to enter the identical business selling the identical goods and services constitutes trademark infringement under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), a false designation of the original and false description under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and false registers, traffic in, or use of a domain name or trade name containing another's mark with a bad faith intent to profit from that mark under Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d); and violates the Ohio trademark and dilutions statutes and law of unfair competition and misappropriation.

Your unlawful use of the **All Metal** mark with your corporate name and in your advertising and business unfairly capitalizes on the goodwill and reputation embodied in All Metal's products, services, and business. Customers already have mistakenly believed that your use of the **All Metal** mark is somehow authorized or sponsored by us or is somehow affiliated with All Metal. This further evidences your significant and willful unlawful activities. Based on these violations, All Metal is entitled to monetary damages including lost profits, treble damages, attorneys' fees and costs, and injunctive relief.

**EXHIBIT**

A

To ensure that you cease and desist of all unauthorized use of the All Metal marks or any marks confusingly similar to the All Metal marks on any corporate names, websites, products, advertisements, or in connection with any services, we request that you certify that:

(1)     you or any entity you are affiliated with or an agent of, immediately cease all use of All Metal or marks using All Metal or any domain name or mark confusingly similar to All Metal;

(2)     cease the use of all metal tag or other marker in your domain name or HTML source code using All Metal or anything confusingly similar to the All Metal mark; and

(3)     you or any entity you are affiliated with or an agent of, agree to cease any further corporate name, website use or advertising bearing the All Metal mark being a part thereof or any domain name, trade name, corporate name or mark confusingly similar to the All Metal mark.

Your signature on the line indicated below signifies your acceptance of the terms outlined in this letter. If we do not receive a full acceptance from you within seven (7) days of the date of this letter, we will proceed with all steps necessary to protect our client's goodwill in its goods and service marks and to stop your continued unlawful, willful infringement to confuse customers using the same mark for the same goods and services as All Metal.

Sincerely,

David B. Cupar

AGREED TO AND ACCEPTED BY:

By: _____

Name: _____

Title: _____

McDonald Hopkins



| DATE:<br>10/22/2010 | DOCUMENT ID<br>201029400947 | DESCRIPTION<br>AMEND/ARTICLES-<br>ORGANIZATION/DOM. LLC (LAM) | FILING<br>50.00 | EXPED<br>.00 | PENALTY<br>.00 | CERT<br>.00 | COPY<br>.00 |

Receipt
This is not a bill. Please do not remit payment.

A METAL SOURCE, LLC
25935 DETROIT ROAD
CLEVELAND, OH 44145

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, Jennifer Brunner

1894781

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**A METAL SOURCE, LLC**

and, that said business records show the filing and recording of:

Document(s)

AMEND/ARTICLES-ORGANIZATION/DOM. LLC

Document No(s):

201029400947



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of
the Secretary of State at Columbus,
Ohio this 19th day of October, A.D.
2010.

*Jennifer Brunner*

Ohio Secretary of State

**EXHIBIT**

_____3_____

Page 1

Business Search Results



Jon Husted & the Office · Elections & Voting · Campaign Finance · Legislation & Ballot Issues · Businesses · Records · Media Center · Publications

Business Filing Portal

your BUSINESS begins here

Corporate Search

Business Name
Business Name - Exact
Number Search
Agent/Contact Name
Prior Business Name
Account Name

Business Search by Name

| Entity Number | Business Name | Type | Record First Seen | Status | City | County | State |
|---|---|---|---|---|---|---|---|
| 1537866 | ALL METAL RECYCLING, INC. | CORPORATION FOR PROFIT | 04/29/2005 | | BATAVIA | CLERMONT | |
| 1110598 | ALL METAL SALES, INC | CORPORATION FOR PROFIT | 08/09/1999 | Active | WESTLAKE | CUYAHOGA | |
| 527070 | ALL METAL FABRICATORS INC. | CORPORATION FOR PROFIT | 12/16/1993 | Active | CLEVELAND | CUYAHOGA | OHIO |
| 525178 | DO ALL METAL FINISHING, INC. | CORPORATION FOR PROFIT | 10/31/1978 | Cancelled | CLEVELAND | CUYAHOGA | OHIO |
| 251415 | ALL METAL PRODUCTS COMPANY | FOREIGN CORPORATION | 12/01/1955 | Cancelled | | | DELAWARE |
| 216912 | ALL METAL PRODUCTS COMPANY | FOREIGN CORPORATION | 03/23/1950 | Dead | | | DELAWARE |
| 111924 | THE ALL METAL CASKET COMPANY | CORPORATION FOR PROFIT | 05/16/1924 | Cancelled | MANSFIELD | RICHLAND | OHIO |

1 - 7

Download Business Search Results · Print

Total Number of filings found: 7

New Search

EXHIBIT

C

Case: 1:14-cv-01020-DAP  Doc #: 16-6  Filed: 07/21/14  18 of 24.  PageID #: 528

**ThomasNet.com**
SUPPLIER DISCOVERY & PRODUCT SOURCING

## Company Name Results

Displaying 1 to 25 out of 65 results

All Metal - Calgary, AB
Service Company
Manufacturer Offering Equipment Manufacturing, Machining & Welding.

All Metal, Inc. - Toccoa, GA
Manufacturer, Custom Manufacturer, Manufacturers' Rep
Manufacturer Of Textile Machine Parts; Repairing Service

All Metal Sales, Inc. - Cleveland, OH
Custom manufacturer of titanium, nickel alloys, stainless steel, & aircraft alloys along with other more common materials. Specializing in service to the aerospace, defense, nuclear & petrochemical industries. Stock tube, sheet, plate, bar & foil in many sizes, types & forms from prototype to mill quantities, off the shelf & custom made. Expedite & AOG services available.

Capabilities

Plate All Metal Co. - Akron, OH
Custom Manufacturer
Metal finishing and plating services. Types of plating include electroless nickel, industrial hard chrome, cadmium and bright acid tin plating. Capabilities include polishing, buffing, electropolishing, chemical etching and coating. Automotive, construction, military and general industrial markets served

All Metal Designs, Inc. - Holland, MI
Manufacturer
Manufacturer Of " Operator Adustable" Workstations and Accessories

All Metal Buildings, Inc. - Wolcott, CT
Distributor
Metal Buildings

All Metal Design - Longwood, FL
Manufacturer, Service Company
Manufacturer & Service Company Offering Metal Design & Fabrication Services

All Metal Fabrications, Inc. - Vallejo, CA
Manufacturer
Manufacturer Of All Metal Fabrications

All Metal Fabricators - Acton, MA
Manufacturer, Custom Manufacturer
Manufacturer Of Custom Metal Fabrications, Plasma Cutting Service

All Metal Fabricators - Alton, TX
Manufacturer of steel fabrications, CNC machine work service

All Metal Fabricators, Inc. - Lowell, NC
Manufacturer, Custom Manufacturer
Manufacturer Of Fabricators, Sheet Metal & Machine Work Service

All Metal Fabricators, Inc. - Seattle, WA
Manufacturer, Custom Manufacturer, Service Company
Manufacturer of metal fabrications; Sheet metal work service

All Metal Fence - North Highlands, CA
Service Company
Fence Installation Services  Offers Core Drilling, Repair, Mobile Welding, Hole Drilling & Certified Pipe Welding On Chain Link & Iron Fences & Handrails.

All Metal Polishing Co., Inc. - Newark, NJ
Service Company
Plating, Polishing, Metal Finishing Service

All Metal Recycling - Madison, WI
Service Company
Scrap Metal Dealers

All Metal Recycling, Inc. - Springfield, MO
Service Company
Recycling Service

All Metal Sales Corp - Great Neck, NY
Distributor, Manufacturer, Custom Manufacturer, Manufacturers' Rep
2000LB Minimum, Inventory, JIT & Mill Direct Shipment Of Aluminum, Brass, Copper & Stainless Steel In Coil, Strip, Sheet, Tube, Bar, Plate, Rod, Busbar, Circles, Extrusions, Wire & Custom Metal Products To Customer Prints  Complete Finishing Services available.

**EXHIBIT**

D

Case: 1:14-cv-01020-DAP  Doc #: 16-6  Filed:  07/21/14  19 of 24.  PageID #: 529

All Metal Specialties Inc - Jamestown, NY
Metal Fabrications

All Metal Stamping Inc - Abbotsford, WA
Manufacturer of builders' hardware.

All Metal Works - Houston, WI
Manufacturer & custom manufacturer of metal products such as spacers, standoffs, shepherd game gambrels, & ornamental art products. Ornamental products include wine racks, pot-racks, commercial display racks, interior, & exterior railings. Capabilities include welding & fabrication, custom design work, machining or fabrication of machine components. Applications include ornamental, commercial, residential, & marine.

All Metal Fabrication Company - Glendale, AZ
Metal Fabrication Services Including Design & Manufacture Of Custom Packaged For Power Generators, Pumping Units & Fuel Tanks.

All Metal Machine & Tool Co. - Macedonia, OH
CNC & General Machinery

All Metal Manufacturing Sevices Inc - Calgary, AB

All Metal Welding & Fabrication, Inc - Hinsdale, IL
Manufacturer of steel fabrications service

All Metal Welding/Fabrication - Irondale, IL
Structural Metal & Iron Fabricating, Arc & Friction Welding

Home
Supplier Search
Product Search
Product News
CAD Drawings
About Us

SiteMaps
Categories
Featured Categories
Featured Categories
Featured Products

Community
Log In to MyThomas
Sign Up for MyThomas
Contact Thomasial
Provide Feedback
Forums
Careers

Additional Resources
Guides | White Papers
IMT Newsletters & Industry
Resources
Press Room
Testimonials
FAQs
Tools & Gadgets
Job Board
Deal of the Day

Promote Your Business
Free Listing
Log In to Client Center

© 2013 Thomas Publishing Company. All rights reserved. See Terms and Conditions or Privacy Statement. Website Last Modified February 19, 2013.

ThomasNet Register and Thomas Register are part of ThomasNet.com.

ThomasNet Is A Registered Trademark Of Thomas Publishing Company.

# ThomasNet.com

SUPPLIER DISCOVERY & PRODUCT SOURCING

## Company Name Results

Displaying 26 to 50 out of 65 results

**Apache All Metal Building** - Jourdanton, TX
Manufacturer, Custom Manufacturer
Manufacturer Of Metal Buildings; Delivery Service

**De All Metal Fabricating Ltd.** - Estevan, SK
Custom Manufacturer

**Mc-All Metal Treating** - Gastonia, NC
Service Company
Heat Treating Service

**Ran/All Metal Technology** - Hooksett, NH
Manufacturer, Custom Manufacturer, Parts & Service
Precision Sheet Metal Fabricators

**Rohnert Park All Metal** - Rohnert Park, CA
Custom Manufacturer, Service Company
Production machining, steel fabrication & welding services for marine, 4x4, motorcycle & restaurant industry.

**All Metals Industries, Inc.** - Locations
Manufacturer
Metal service center for aluminum, carbon steel & stainless steel providing cutting, shaping, machining & finishing of steel sheets, blanks, coils, plates, bars & shapes. Aluminum alloys include 2024, 6061, 6063, 7075, 1100, 3003, 5005, 5052, 5083, 5086, 5454 & 5456 grades. Stainless steel includes 304, 304L, 316, 316L, 409, 430 grades. Carbon steel available in commercial, drawing, high carbon, special killed (AKDQ), low carbon (.15 max), A-36, 44W, Grade 50 & special grades.
www.allmetind.com [...]

**Treat All Metals, Inc.** - Milwaukee, WI
Custom Manufacturer, Service Company
ISO 9001:2008 certified metal heat treating services from -120 degrees F to +2200 degrees F temperature for parts up to 9 ft. Capabilities include hardening, gas carburizing, carbonitriding, nitriding, quenching, normalizing, annealing, straightening, shot blasting, sub zero treatment, stress relieving & inspection. Suitable for various industries including automotive, defense, industrial, marine, mining, paper, plastic, racing, wind power & transportation. On-time delivery.

**All Metals Fabricating, Inc.** - Allen, TX
Custom Manufacturer
Sheet metal fabricating services. Capabilities include laser cutting, bending, punching, machining, milling, welding, polishing, sanding, deburring & finishing. Products include strappers, conveyors, frames, faceplates, mounts, cardcage assemblies & automotive bumpers.
Brand Names: Bystar, Bystronic

**All Metals Engineering** - Huntington Beach, CA
Manufacturer, Distributor, Custom Manufacturer
Distributor Of Bars, Rods, Sheet, Plate, Strip, Pipe, Tubing, Forgings

**All Metals Fabricating Co., Inc.** - Youngwood, PA
Manufacturer, Custom Manufacturer
Manufacturer Of Metal Fabricators

**All Metals Fabrication** - Ogden, UT
Manufacturer, Distributor, Custom Manufacturer
Manufacturer & Service Company Offering Stainless Steel Design & Fabrication Services

**All Metals Fabricators, Inc.** - Wilmington, DE
Manufacturer, Custom Manufacturer, Service Company
Manufacturer of precision, CNC machining service

**All Metals Incorporated** - Adrian, MI
Distributor
Steel service center.

**All Metals Incorporated** - Adrian, MI
Distributor
Distributor Of Steel, Aluminum, Stainless & Brass Products

**All Metals Processing Co** - Burbank, CA
Service Company
Magnetic Inspection Service

**All Metals Processing Co., Inc.** - Stanton, CA
Custom Manufacturer, Service Company
NADCAP certified metal finishing & inspection services. Finishing processes performed include anodizing, painting, dry film coating, powder coating & plating. Anodizing services such as chemical film treatment, chromic acid anodizing, sulfuric acid anodizing & hard anodizing are available. Non-destructive (NDT) testing services include magnetic particle inspection, penetrant testing, nital etching, hardness testing, conductivity testing, cleaning & etching. Capabilities also include bead blasting, sand blasting, coating weight testing, copper sulfate testing, high humidity testing, masking, salt spray testing, & water immersion testing. Markets served include aerospace, military & defense.

**All Metals Supply, Inc.** - Oroville, CA
Distributor
Distributor Of Ferrous & Non-Ferrous Metals, Plastic & Ind. Hardware

Case: 1:14-cv-01020-DAP  Doc #: 16-6  Filed:  07/21/14  21 of 24.  PageID #: 531

All-Metal Fabricators, Inc. - Cleveland, OH

All Metals & Forge Group, LLC - Fairfield, NJ

All Metals & Forge Group is your ISO9001:2008/AS9100 REV B/EN9100 Registered Forging Manufacturer and Steel Service Center. AMFG specializes in Specialty Steels, Alloy Steels, Carbon Steels, Aluminum Alloys, Stainless Steels (200,300,400,500 series), PH Grades, Nickel Alloys, Titanium Alloys, Tool Steels, and Super Alloys. All of the Corrosion and Heat Resisting alloys as well. The Forge division has the capacity to forge seamless rolled rings (and contoured) (up to 1600&44050mm in diameter).Blocks, Discs, Shafts, Flanged Shafts, Long Shafts, Step Shafts, Cylinders ,Blind Cylinders, and Hubs (weight capacity approx. up to 75,000&34,500 kgs. AMFG prides itself with the ability to forge and machine complex heavy forged parts for complex projects. Our Service Center division stocks the same alloy families as above in all bar shapes, sheet, strip and plate. The value added services include, cutting, laser cutting, heat treating, machining, rolling and welding. Our corporate goal is to have competitive prices, reliable deliveries and above all, a sales team that is helpful, courteous and professional to meet our client partners requirements

All Metals Machine & Tool - Macedonia, OH

Machine Work Service

All Metals Market East - Valley, NE

Distributor Of Steel Service Centers

All Metals Service & Warehouse - Spartanburg, SC

metal Slitting Service

All Metals Service & Warehousing - Cartersville, GA

Warehousing & Steel Service Centers

All-Metal Machine Specialties, Ltd. - Concord, OH

Drum Brake Shoes Only, I.M. Disc Brakes

Southern All Metals Recycling, Inc. - Bay St. Louis, MS

Recycling Service

Home
Supplier Search
Product Search
Product News
CAD Drawings
About Us

SiteMaps
Categories
Featured Companies
Featured Categories
Featured Products

Community
Log In to MyThomas
Sign Up for MyThomas
Contact ThomasNet
Provide Feedback
Forums
Careers

Additional Resources
Guides | White Papers
IMT Newsletters & Journals
Resources
Press Room
Testimonials
FAQs
Tools & Gadgets
Job Board
Deal of the Day

Promote Your Business
Free Listing
Log In to Client Center

© 2013 Thomas Publishing Company. All rights reserved. See Terms and Conditions or Privacy statement. Website Last Modified February 19, 2013

Thomas Register And Thomas Regional are part of ThomasNet.com.

ThomasNet Is A Registered Trademark Of Thomas Publishing Company.

ThomasNet.com
SERVICE DISCOVERY & PRODUCT SOURCING

## Company Name Results
Displaying 51 to 65 out of 65 results

Sort by: [____] A-Z  Z-A

Go to page: Prev 1 2

**All Metals Fabricators & Millwright Service** - Elizabethton, TN
Contract Assembly, Assembly Services
CNC & Precision Machine Work, Welding Services

**All Metals Product Development By Engineered Shapes** - Garfield, NJ
Manufacturer, Custom Manufacturer, Service Company
Manufacturer Of Castings, Forgings; Machining & Assembly Service

**Hall Metal Corp.** - Fort Pierce, FL
Distributor, Manufacturer
Manufacturer Of Structural Steel, Distributor Of Iron & Steel Bars & Rods

**Randall Metals Corp.** - Salisbury, NC
Manufacturer, Custom Manufacturer
ISO 9001:2000 registered steel service center specializing in the processing of tight-tolerance, flat-rolled steel products for automotive, consumer & commercial markets.
Cutting specifications include gauge thicknesses from 0.006 to 0.085, widths from 0.375 to 59.750, 1 to 30 cuts & tolerances of plus/minus 0.002. Materials include tin plate,
tin coated sheet, cold rolled mild steel, hot rolled pickled & oiled mild steel, galvanized, stainless steel & electrical steel.

**Randall Metals Corp.** - East Chicago, IN
Manufacturer, Custom Manufacturer
ISO 9001:2000 registered steel service center specializing in the processing of tight-tolerance, flat-rolled steel products for automotive, consumer & commercial markets.
Cutting specifications include gauge thicknesses from 0.006 to 0.085, widths from 0.375 to 59.750, 1 to 30 cuts & tolerances of plus/minus 0.002. Materials include tin plate,
tin coated sheet, cold rolled mild steel, hot rolled pickled & oiled mild steel, galvanized, stainless steel & electrical steel.

**Ball Metal Container Corp.** - Conroe, TX
Type Services
Manufacturing Of Aluminum Cans

**Ball Metal Container Corp.** - Kent, WA
Manufacturer
Manufacturer Of Aluminum

**Marshall Metal Products, Inc.** - Marshall, MI
Distributor, Manufacturer, Custom Manufacturer
Manufacture Small & Medium Custom Metal Stampings In Low & High Carbon Steel, Stainless Steel, Aluminum & Brass, Presses Range From 10 To 250 Tons. Also
Produce Bright Zinc Plated, Unplated, Low-Carbon Stainless Steel, All-Purpose Tube Clamps For 1/8" To 7/8" OD Single & Multiple Tube Lines, Prototypes, Welding &
Assembly Available. Serve Variety Of Industries Including: Recreation Vehicles & Equipment, Brakes & Trailer Controls, OEM Engine Component, Automotive, Home
Appliances, & Industrial Equipment

**Randall Metals Corporation** - Elk Grove Village, IL
Manufacturer, Custom Manufacturer, Service Company
ISO 9001:2000 registered steel service center specializing in the processing of tight-tolerance, flat-rolled steel products for automotive, consumer & commercial markets.
Cutting specifications include gauge thicknesses from 0.006 to 0.085, widths from 0.375 to 59.750, 1 to 30 cuts & tolerances of plus/minus 0.002. Materials include tin plate,
tin coated sheet, cold rolled mild steel, hot rolled pickled & oiled mild steel, galvanized, stainless steel & electrical steel.

**Skyball Metal Craft, Inc.** - Los Angeles, CA
Manufacturer, Custom Manufacturer
Manufacturer Of Steel Fabrications

**Ball Metal Beverage Container** - Torrance, CA
Manufacturer
Manufacturer of aluminum cans.

**Ball Metal Beverage Container** - Milwaukee, WI
Manufacturer
Manufacturer of aluminum cans.

**Ball Metal Container Group** - Fairfield, CA
Manufacturer
Manufacturing Of Aluminum Cans

**Certified Weldall Metals Propeller & Mfg. Ltd.** - Edmonton, AB
Custom Manufacturer

**Sun Air Div., Stegall Metal Industries** - Birmingham, AL
Manufacturer
Commercial Kitchen Hood & Ventilation Systems; Power Ventilators

Sort by: [____] A-Z  Z-A

Go to page: Prev 1 2

Home
Supplier Search
Product Search
Product News
CAD Drawings
About Us

SiteMaps
Categories
Featured Companies
Featured Categories
Featured Products

Community
Log In to MyThomas
Sign Up for MyThomas
Contact ThomasNet
Provide Feedback
Forums
Careers

Additional Resources
Guides | White Paper
IMT Newsletters & Journals
Resources
Press Room
Testimonials
FAQs
Tools & Gadgets
Job Board
Deal of the Day

Promote Your Business
Free Listing
Log In to Client Center

© 2013 Thomas Publishing Company. All rights reserved. See Terms and Conditions or Privacy Statement. Website Last Modified February 11, 2013

Thomas Register and Thomas Regional are part of Thomasnet.com.

ThomasNet Is A Registered Trademark Of Thomas Publishing Company

# United States of America

## United States Patent and Trademark Office



Reg. No. 4,111,084

Registered Mar. 13, 2012

Int. Cls.: 6 and 40

TRADEMARK

SERVICE MARK

PRINCIPAL REGISTER

ALL METAL SALES, INC. (OHIO CORPORATION)
29260 CLEMENS ROAD
WESTLAKE, OH 44145

FOR: NON-STANDARD AND CUSTOM-MADE ITEMS MADE FROM HIGHLY SPECIALIZED NON-STANDARD METAL MATERIAL, NAMELY, METAL IN THE FORM OF FLAT BARS, HOLLOW BARS, RECTANGULAR BARS, ROUND BARS, HEXAGON BARS, SQUARE BARS, HALF ROUND BARS, COILS, PLATES, TUBES, SHEETS, STRIPS, PIPES, STRUCTURAL BEAMS, WIRE, FOIL, STRIPS, STRUCTURAL CHANNELS, STRUCTURAL TEES, STRUCTURAL ANGLES, STRUCTURAL RAILS, RINGS, AND CUSTOMER-SPECIFIED SHAPES, ALL FOR FURTHER MANUFACTURE; METAL BOLTS; METAL SCREWS; AND METAL SHIM STOCK, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 9-30-1999; IN COMMERCE 9-30-1999.

FOR: MANUFACTURING TO THE ORDER AND SPECIFICATION OF OTHERS OF NON-STANDARD AND CUSTOM-MADE ITEMS MADE FROM HIGHLY SPECIALIZED NON-STANDARD METAL MATERIAL, NAMELY, METAL IN THE FORM OF FLAT BARS, HOLLOW BARS, RECTANGULAR BARS, ROUND BARS, HEXAGON BARS, SQUARE BARS, HALF ROUND BARS, COILS, PLATES, TUBES, SHEETS, STRIPS, PIPES, STRUCTURAL BEAMS, WIRE, FOIL, STRIPS, STRUCTURAL CHANNELS, STRUCTURAL TEES, STRUCTURAL ANGLES, STRUCTURAL RAILS, RINGS, AND CUSTOMER-SPECIFIED SHAPES, ALL FOR FURTHER MANUFACTURE; METAL BOLTS; METAL SCREWS; AND METAL SHIM STOCK, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

FIRST USE 9-30-1999; IN COMMERCE 9-30-1999.

THE STIPPLING IS FOR SHADING PURPOSES ONLY.

THE MARK CONSISTS OF THE LETTER "A" STYLIZED WITH A SWIRL AROUND THE LETTER "A".

SER. NO. 85-243,378, FILED 2-16-2011.

ANDREW RHIM, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



EXHIBIT

E