# Exhibit I

Exhibit 7- Subpoena Response from GoDaddy

First 30 pages of 346 pages

P. Ex. 7

# CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

I, Keena R. Willis, declare that I am employed by GoDaddy.com, LLC, and that my office title or position is Sr. Paralegal/Compliance Manager. I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of GoDaddy.com, LLC.

I further state that:

1. Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;

2. such records are kept in the course of a regularly conducted business activity;

3. the business activity made such records as a regular practice; and

4. if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this 10th day of February 2014.

Keena R. Willis,
Sr. Paralegal/Compliance Manager
GoDaddy.com, LLC
14455 N. Hayden Road, Suite 219
Scottsdale, AZ 85260

## Contact Info for Shopper ID 64961369

| | |
|---|---|
| Shopper ID: | 64961369 |
| Private Label ID | 1 |
| Login Name: | allmetalsalesinc |
| First Name: | Stephen |
| Middle Name: | |
| Last Name: | McGrath |
| Company: | |
| Address1: | 29260 Clemens Rd. |
| Address2: | |
| City: | Westlake |
| State/Prov: | OH |
| Postal Code: | 44145 |
| Country: | us |
| Phone1: | 8883330101 |
| Phone1 Extension: | |
| Phone2: | |
| Fax: | |
| Mobile: | |
| Email: | smcgrath@allmetalsalesinc.com |
| BirthDate: | July 7 |
| Gender: | |
| Date Created: | 5/1/2013 8:27:11 AM |
| Last Changed By | LoadShopperUpdate |
| Last Changed By Date | 11/29/2013 3:02:22 AM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Shopper Pin | |
| Password Reminder | All Metal ! 1 |
| Twitter Handle | |

## Domain List for Shopper ID 64961369

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| ALLMETALSALESCOMPANY.COM | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSCORP.COM | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| METALSALESLLC.COM | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| AMETALSALESLLC.COM | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALMETALSALES.COM | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| AMETALSOURCELLC.COM | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALMETALSALESINC.COM | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALMETALSALESLLC.COM | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSALESCORP.COM | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| METALSALESINC.COM | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| AMETALSALESINC.COM | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSOURCELLC.COM | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSOURCEINC.COM | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| AMETALSOURCEINC.COM | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| AMETALSOURCELLC.BIZ | 0 Active | 5/15/2013 | 5/14/2023 | 542909847 |
| METALSALESINC.BIZ | 0 Active | 5/15/2013 | 5/14/2023 | 542909847 |
| ALLMETALSOURCELLC.BIZ | 0 Active | 5/15/2013 | 5/14/2023 | 542909847 |
| AMETALSALESINC.BIZ | 0 Active | 5/15/2013 | 5/14/2023 | 542909847 |
| ALLMETALSALESLLC.BIZ | 0 Active | 5/15/2013 | 5/14/2023 | 542909847 |
| AMETALSOURCEINC.BIZ | 0 Active | 5/15/2013 | 5/14/2023 | 542909847 |
| ALLMETALSALES.BIZ | 0 Active | 5/15/2013 | 5/14/2023 | 542909847 |
| ALLMETALSOURCEINC.BIZ | 0 Active | 5/15/2013 | 5/14/2023 | 542909847 |
| ALLMETALSALESINC.BIZ | 0 Active | 5/15/2013 | 5/14/2023 | 542909847 |
| AMETALSOURCELLC.CO | 0 Active | 5/15/2013 | 5/14/2018 | 542909847 |
| METALSALESLLC.CO | 0 Active | 5/15/2013 | 5/14/2018 | 542909847 |
| ALMETALSALESINC.CO | 0 Active | 5/15/2013 | 5/14/2018 | 542909847 |
| ALLMETALSALESCOMPANY.BIZ | 0 Active | 5/15/2013 | 5/14/2023 | 542909847 |
| METALSOURCELLC.CO | 0 Active | 5/15/2013 | 5/14/2018 | 542909847 |
| AMETALSALESLLC.CO | 0 Active | 5/15/2013 | 5/14/2018 | 542909847 |
| METALSALESINC.CO | 0 Active | 5/15/2013 | 5/14/2018 | 542909847 |
| ALMETALSALES.CO | 0 Active | 5/15/2013 | 5/14/2018 | 542909847 |
| ALMETALSALESLLC.CO | 0 Active | 5/15/2013 | 5/14/2018 | 542909847 |
| AMETALSOURCEINC.CO | 0 Active | 5/15/2013 | 5/14/2018 | 542909847 |
| AMETALSALESINC.CO | 0 Active | 5/15/2013 | 5/14/2018 | 542909847 |
| ALLMETALSALESLLC.CO | 0 Active | 5/15/2013 | 5/14/2018 | 542909847 |
| ALLMETALSOURCELLC.CO | 0 Active | 5/15/2013 | 5/14/2018 | 542909847 |
| ALLMETALSOURCEINC.CO | 0 Active | 5/15/2013 | 5/14/2018 | 542909847 |
| ALLMETALSALESINC.CO | 0 Active | 5/15/2013 | 5/14/2018 | 542909847 |
| ALLMETALSALES.CO | 0 Active | 5/15/2013 | 5/14/2018 | 542909847 |
| ALLMETALSALESCO.CO | 0 Active | 5/15/2013 | 5/14/2018 | 542909847 |
| METALSOURCELLC.ORG | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSALESCOMPANY.CO | 0 Active | 5/15/2013 | 5/14/2018 | 542909847 |
| METALSOURCELLC.NET | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSALES.ORG | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |

## Domain List for Shopper ID 64961369

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| ALMETALSALESINC.NET | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSALESLLC.NET | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALMETALSALESLLC.NET | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALMETALSALES.NET | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| METALSOURCELLC.INFO | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSALESINC.ORG | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSALES.NET | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| AMSINC.INFO | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSALESINC.US | 0 Active | 5/15/2013 | 5/14/2023 | 542909847 |
| ALLMETALSALESINC.INFO | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSALESCOMPANY.NET | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSALESCOMPANY.ORG | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSOURCEINC.ORG | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSALESINC.NET | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSOURCEINC.NET | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSALESCOMPANY.INFO | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| AMETALSOURCEINC.NET | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSOURCELLC.INFO | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| AMETALSOURCEINC.INFO | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSOURCEINC.INFO | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSOURCELLC.NET | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSOURCELLC.ORG | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| AMETALSALESINC.INFO | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| AMETALSOURCEINC.ORG | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| AMETALSALESINC.NET | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| METALSALESINC.NET | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| AMETALSALESINC.ORG | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| METALSALESINC.ORG | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| METALSALESINC.INFO | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSCORP.NET | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSCORP.INFO | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSCORP.ORG | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSALESCORP.INFO | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSALESCORP.NET | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| ALLMETALSALESCORP.ORG | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| AMETALSALESLLC.NET | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| AMETALSALESLLC.INFO | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| METALSALESLLC.NET | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| AMETALSALESLLC.ORG | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| METALSALESLLC.ORG | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| METALSALESLLC.INFO | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| AMETALSOURCELLC.INFO | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| AMETALSOURCELLC.ORG | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |
| AMETALSOURCELLC.NET | 0 Active | 5/15/2013 | 5/15/2023 | 542909847 |

# Domain List for Shopper ID 64961369

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| ALLMETALSALESCO.COM | 0 Active | 5/15/2013 | 5/15/2018 | 542909847 |
| ALLMETALSALESCO.BIZ | 0 Active | 5/15/2013 | 5/14/2018 | 542909847 |
| ALLMETALSALESCO.NET | 0 Active | 5/15/2013 | 5/15/2018 | 542909847 |
| ALLMETALSALESCO.ORG | 0 Active | 5/15/2013 | 5/15/2018 | 542909847 |
| ALLMETALSALESCO.INFO | 0 Active | 5/15/2013 | 5/15/2018 | 542909847 |
| AMSINC.BIZ | 0 Active | 5/26/2013 | 5/25/2014 | 542909847 |
| AMSINC.ORG | 0 Active | 7/17/2013 | 7/17/2014 | 542909847 |
| AMSINC.CO | 0 Active | 9/22/2013 | 9/21/2014 | 542909847 |